IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| STATE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAN D. THURMAN,<br><br>Defendant. | 4:23-cv-00071-SHL-WPK<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that they have reached a settlement agreement as of February 20, 2024. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by March 21, 2024. If no closing documents are filed, pursuant to Local Rule 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED this 20th day of February 2024.

Honorable William P. Kelly
U.S. Magistrate Judge